# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NOS. |
| : | 1:09-CR-0359-01-RWS |
| ALEJANDRO ACOSTA : | |
| SOBERANIS, : | |
| : | |
| Defendant. : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [241] of Magistrate Judge Alan J. Baverman. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Court hereby declares that Defendant Soberanis is **NOT DANGEROUS** under 18 U.S.C. § 4246. Further, Soberanis' Motion to Dismiss [235] is **DENIED**. This matter is **REFERRED** to Judge Baverman for a hearing on the appropriate conditions of release to be imposed upon Soberanis.

**SO ORDERED** this  14th  day of September, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)